# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORNA LOUISE ELMS,
              Petitioner,
              vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
HUMBOLDT; AND THE HONORABLE
MICHAEL MONTERO, DISTRICT
JUDGE,
              Respondents,
              and
THE STATE OF NEVADA,
              Real Party in Interest.

No. 81407

FILED

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING PETITION

Petitioner and respondent Michael Montero have filed a stipulation to dismiss this matter.[1] The stipulation is treated and granted as a joint motion to dismiss. This matter is dismissed.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]The stipulation is also signed by attorney Kevin Pasquale, purportedly on behalf of real party in interest. However, Mr. Pasquale is not counsel of record for real party in interest.

20-27775

cc:   Hon. Michael Montero, District Judge
Humboldt County Public Defender
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk